IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **DENISE MARTINEZ,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **NO. P:20-CV-00080** |
| | § | |
| **TMAC FORT STOCKTON LLC and** | § | |
| **K-BOB'S OPERATIONS HOLDING** | § | |
| **CO., LLC, both d/b/a K-BOB'S** | § | |
| **STEAKHOUSE,** | § | |
| *Defendants,* | § | |

## FINAL ORDER OF DISMISSAL

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(1)(a) and based upon the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 30) filed June 30, 2022.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 6th day of July, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE